# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     ROBERT BIDNIUK
                Debtor(s)
         CHARLES J. DEHART, III             CHAPTER 13
         CHAPTER 13 TRUSTEE
                Movant
         vs.                                                 CASE NO: 1-19-01658-HWV
         ROBERT BIDNIUK
                Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on February 21, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on September 3, 2019.

2. A hearing was held and an Order was entered on December 4, 2019 directing that an amended plan be filed within forty-five (45) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                               Respectfully submitted,

                                                                s/    James K. Jones, Esq.
                                                                 Id:   39031
                                                                 Attorney for Trustee
                                                                 Charles J. DeHart, III
                                                                 Standing Chapter 13 Trustee
                                                                 Ste. A, 8125 Adams Drive
                                                                 Hummelstown, PA    17036
                                                                 Ph.   717-566-6097
                                                                 Fax. 717-566-8313
                                                                 eMail: jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ROBERT BIDNIUK

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III  
CHAPTER 13 TRUSTEE  
Movant

CASE NO: 1-19-01658-HWV

## **NOTICE**

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg     Date:   March 25, 2020  
Bankruptcy Courtroom, 3rd Floor  
228 Walnut Street  
Harrisburg, PA 17101     Time:   09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
Email: dehartstaff@pamd13trustee.com

Dated: February 21, 2020

IN RE: ROBERT BIDNIUK

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CHAPTER 13

ROBERT BIDNIUK

CASE NO: 1-19-01658-HWV

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 21, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| STEPHEN WADE PARKER, ESQUIRE<br>MOONEY LAW<br>230 YORK STREET<br>HANOVER, PA   17331- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| ROBERT BIDNIUK<br>324 WELLSLEE DRIVE<br>CHAMBERSBURG, PA   17201 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:  February 21, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:  (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

IN RE: ROBERT BIDNIUK

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III |  |
| CHAPTER 13 TRUSTEE |  |
| Movant |  |
| ROBERT BIDNIUK | CASE NO: 1-19-01658-HWV |
| Respondent(s) |  |

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.