IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT BIDNIUK     CHAPTER 13
             DEBTOR     CASE NO.: 1:19-bk-01658

**NOTICE OF ENTRY OF APPEARANCE**

     Kindly enter my appearance on behalf of Debtor Robert Bidniuk for the above referenced case.

                                             **By:** *Nicholas G. Platt*
                                             Nicholas G. Platt 327239
                                             MOONEY LAW
                                             230 York Street
                                             Hanover, PA 17331
                                             ngp@mooney4law.com
                                             (717) 632-4656 Phone
                                             (717) 632-3612 Fax

Dated: June 29, 2021